1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ◾ p202 624-2500 ◾ f202 628-5116



Michael W. Lieberman
(202) 624-2776
MLieberman@crowell.com

December 14, 2020

Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman East
Brooklyn, NY  11201

      RE:    *Jane Doe v. Oxford Health Ins., Inc.*, No. 1:17-cv-4160-AMD-RML
              **Joint Status Report**

Your Honor:

      Pursuant to Your Honor's Order dated September 22, 2020, the parties jointly submit this report with respect to the status of settlement discussions and resumption of proceedings in this matter.

      As Your Honor is aware, this action has been stayed since March 13, 2020 so that the parties could engage in settlement discussions.  Dkt. No. 78.  The related case of *Smith v. United Healthcare Co.*, Case No. 4:18-cv-06336-HSG (N.D. Cal.) (the "*Smith* case"), has similarly been stayed.

      Since the stay went into effect, the parties have made progress in their discussions, but have not yet reached a resolution.  The parties are hopeful that this matter can still be settled, but no longer agree on a continued stay.

      The parties jointly request that the Court set a schedule as follows for further proceedings in this matter.  Our proposed schedule includes certain interim deadlines for document and written discovery before the anticipated period for additional depositions.  We note that the proposed schedule sets a deadline of January 22, 2021, for the parties to file motions to compel relating to discovery issues that are outstanding as of that date (including refiling, if needed, the motion to compel that was filed prior to the stay).[*]  Given that these issues may impact some of the fact depositions, the parties will work with the Court in good faith to obtain a ruling on such motions by February 19, 2021.

---

[*] The parties reserve the right to file additional motions to compel after the January 22, 2021 deadline on other issues that may come up as discovery progresses.

Crowell & Moring LLP  ◾  www.crowell.com  ◾  Washington, DC  ◾  New York  ◾  San Francisco  ◾  Los Angeles  ◾  Orange County  ◾  London  ◾  Brussels

December 14, 2020
Page 2

The parties intend to meet and confer shortly regarding these outstanding issues, and we are hopeful that we can come to agreement on most, if not all, of them prior to the January 22 deadline. We will apprise the Court by January 22 if no motions to compel on outstanding issues are necessary.

| Class Certification Period | Proposed Deadline |
| --- | --- |
| Deadline to file motions to compel relating to discovery disputes as of that date | January 22, 2021 |
| Substantial completion of all document productions and written fact discovery (other than that which are the subject of the motions to compel) | February 19, 2021 |
| Completion of any further document production and written fact discovery arising out of rulings on the motions to compel filed by January 22, 2021 (if ruled upon on or before February 19, 2021) | March 19, 2021 |
| Completion of fact depositions | April 16, 2021 |
| Exchange of opening class certification expert reports, and completion of any further fact discovery arising out of deposition testimony | May 14, 2021 |
| Exchange of rebuttal class certification expert reports | June 11, 2021 |
| Close of class certification expert discovery | June 25, 2021 |
| Plaintiff's motion for class certification due | July 23, 2021 |
| Opposition to motion for class certification due | September 3, 2021 |

December 14, 2020
Page 3

| Class Certification Period | Proposed Deadline |
|---|---|
| Reply in support of class certification due | October 1, 2021 |
| Hearing on motion for class certification | To be determined based on Court availability |

As in our prior proposed schedules, the parties respectfully request a second period of discovery following the Court's ruling on Plaintiffs' motion for class certification.

The parties are concurrently submitting a scheduling order that sets a similar schedule for the *Smith* case.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Michael W. Lieberman*
Michael W. Lieberman

CC: Counsel for Plaintiff (via ECF)