**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, on her own behalf, on behalf of her husband, John Doe, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE INSURANCE CO., OXFORD HEALTH PLANS, LLC, OXFORD HEALTH PLANS (NY), INC., and OXFORD HEALTH INSURANCE, INC.,<br><br>    Defendants. | Civil Action No. 1:17-cv-4160<br><br>**NOTICE OF SETTLEMENT, JOINT MOTION TO STAY, AND JOINT REQUEST TO VACATE MAY 3, 2021 STATUS CONFERENCE** |

  Plaintiff Jane Doe ("Plaintiff") and Defendant Oxford Health Insurance, Inc. ("OHI" or "Defendant") (collectively, the "Parties") hereby provide notice that they have agreed in principle upon terms of a class settlement to resolve the above-captioned matter, the related litigation captioned *Jane Smith et al. v. United Healthcare Insurance Company et al.*, Case No. 4:18-cv-06336-HSG (N.D. Cal.), and related investigations of OHI and its affiliates by the U.S. Department of Labor ("DOL") and Office of the New York Attorney General ("NYAG").

  The parties anticipate that, within approximately the next 45 days, (i) the parties in this case, the parties in the *Jane Smith* case, and the DOL and NYAG will finalize a stipulation of settlement; (ii) the parties in the *Jane Smith* case will move to transfer that case and consolidate it with the above-captioned case in this Court for purposes of submission and approval of a consolidated class settlement; and (iii) the parties in this case and the parties in the *Jane Smith* case will jointly move this Court for preliminary approval of the class settlement.

Accordingly, the parties hereby jointly move this Court to stay all proceedings in this case, including, but not limited to, OHI's pending Motion for Protective Order (ECF No. 93), pending submission by the parties of a stipulation of class settlement and motion for preliminary approval thereof.

In light of the agreement in principle, the parties also respectfully request that the Court vacate the status conference currently scheduled for May 3, 2021.

Dated: New York, New York
April 30, 2021

Respectfully submitted,

By: /s/ *Andrew N. Goldfarb*

Andrew N. Goldfarb (*pro hac vice*)
Daniel K. Amzallag (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202)778.1800
Fax: (202) 822.8106
agoldfarb@zuckerman.com
damzallag@zuckerman.com

D. Brian Hufford
Jason S. Cowart
Shawn. P. Naunton
Nell Z. Peyser
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
dbhufford@zuckerman.com
jcowart@zuckerman.com
snaunton@zuckerman.com
npeyser@zuckerman.com

Psych-Appeal, Inc.
Meiram Bendat (*pro hac vice*)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957

By: /s/ *Michael W. Lieberman*

Christopher Flynn (*pro hac vice*)
Michael W. Lieberman (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 264.2500
Fax: (202)628-5116
mlieberman@crowell.com

Jennifer S. Romano (*pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Tel: (213) 622-4750
Fax: (213) 622-2690
jromano@crowell.com

Megan F. Beaver (*pro hac vice*)
CROWELL & MORING, LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 365-7375

Kelly T. Currie
CROWELL & MORING, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
212-895-4257
212-223-4134 (fax)
kcurrie@crowell.com

2

mbendat@psych-appeal.com

John William Leardi
Paul Donald Werner
Buttaci Leardi & Werner LLC
212 Carnegie Center, Suite 202
Princeton, NJ 08540
Tel: (609) 799-5150
Fax: (609) 799-5180
jwleardi@buttacilaw.com
pdwerner@buttacilaw.com

*Attorneys for Plaintiff and the Putative Class*

*Attorneys for Defendant*