1001 Pennsylvania Avenue, N.W., Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

**Michael W. Lieberman**
**(202) 624-2776**
**MLieberman@crowell.com**

May 3, 2021

Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman East
Brooklyn, NY 11201

> RE: *Jane Doe v. Oxford Health Ins. Inc.*, **No. 1:17-cv-4160-AMD-RML**
> **Joint Letter re Status Conference Schedule**

Your Honor:

Further to the discussion at today's status conference, and in accordance with the Court's directive, we have conferred with counsel for the Plaintiff and can confirm both parties are available for the status conference on **July 15, 2021 at 2:00pm ET**.

Respectfully submitted,

*/s/ Michael W. Lieberman*
Michael W. Lieberman
Counsel for Defendant Oxford Health Insurance, Inc.

cc: Counsel for Plaintiff (via ECF)

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ New York ■ San Francisco ■ Los Angeles ■ Orange County ■ London ■ Brussels