**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, on her own behalf, on behalf of her husband, John Doe, and on behalf of all others similarly situated, | Civil Action No. 17-cv-4160 (AMD)(RML) |
| Plaintiff, | |
| v. | **NOTICE OF JOINT MOTION TO CONSOLIDATE** |
| UNITEDHEALTH GROUP INC., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion, the undersigned counsel for Plaintiff Jane Doe and Defendant Oxford Health Insurance, Inc. will move this Court, before the Honorable Robert M. Levy, United States Magistrate Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, pursuant to Rule 42 of the Federal Rules of Civil Procedure for an Order consolidating this case with another action, *Jane Smith et al. v. United Healthcare Insurance Company et al.*, Case No. 1:21-cv-02791-PKC-PK (E.D.N.Y.), which has just been transferred from the U.S. District Court for the Northern District of California for purposes of efficiently pursuing approval of a coordinated class settlement of both matters.

Dated: May 21, 2021

By: /s/ Jason S. Cowart

Andrew N. Goldfarb (*pro hac vice*)
Daniel K. Amzallag (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

Respectfully submitted,

By: /s/ Michael W. Lieberman

Christopher Flynn (*pro hac vice*)
Michael W. Lieberman (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: (202) 778-1800
Fax: (202) 822-8106
agoldfarb@zuckerman.com
damzallag@zuckerman.com

D. Brian Hufford
Jason S. Cowart
Nell Z. Peyser
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com
npeyser@zuckerman.com

Meiram Bendat (*pro hac vice*)
PSYCH-APPEAL, INC.
7 West Figueroa Street, Suite 300
PMB #300059
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

John William Leardi
Paul Donald Werner
BUTTACI LEARDI & WERNER LLC
212 Carnegie Center, Suite 202
Princeton, NJ 08540
Tel: (609) 799-5150
Fax: (609) 799-5180
jwleardi@buttacilaw.com
pdwerner@buttacilaw.com

*Attorneys for Plaintiff and the
Putative Class*

Tel: (202) 264-2500
Fax: (202) 628-5116
cflynn@crowell.com
mlieberman@crowell.com

Jennifer S. Romano (*pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Tel: (213) 622-4750
Fax: (213) 622-2690
jromano@crowell.com

Megan F. Beaver *(pro hac vice)*
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
Fax: (415) 986-2827
mbeaver@crowell.com

Kelly T. Currie
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 895-4257
Fax: (212) 223-4134
kcurrie@crowell.com

*Attorneys for Defendant*

2